This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# John Wyss, Jr. v. Menards, Inc. d/b/a/ Menards

| | |
|---|---|
| Case Number | 76D01-2107-CT-000317 |
| Court | Steuben Superior Court |
| Type | CT - Civil Tort |
| Filed | 07/27/2021 |
| Status | 07/27/2021 , Pending (active) |

## Parties to the Case

**Defendant** Menards, Inc. d/b/a/ Menards, Also Known As Menard Property LLC d/b/a Menards

<u>Address</u>
c/o Kristen Stevens
903 Williams Street
Angola, IN 46703

<u>Attorney</u>
Karl John Veracco
*#1689153, Lead, Retained*

Carson LLP
301 W Jefferson Blvd Ste 200
Ft Wayne, IN 46802
260-423-9411(W)

<u>Attorney</u>
Eric Martin Blume
*#2983602, Retained*

Carson LLP
301 W. Jefferson Blvd
Suite 200
Fort Wayne, IN 46859-1647
260-423-9411(W)

**Plaintiff** Wyss Jr., John

<u>Attorney</u>
Tom Blackburn
*#276171, Retained*

4203 W Jefferson BLVD
Fort Wayne, IN 46804
260-422-4400(W)

## Chronological Case Summary

07/27/2021 Case Opened as a New Filing

| 07/27/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Wyss, John JR |
| | File Stamp: | 07/27/2021 |
| 07/27/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 07/27/2021 |
| 07/27/2021 | **Jury Trial Demand Filed** | |
| | Jury Demand | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 07/27/2021 |
| 07/27/2021 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 07/27/2021 |
| 07/28/2021 | **Certificate of Issuance of Summons** | |
| | Certificate of Issuance | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 07/28/2021 |
| 08/03/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Amended Complaint for Damages | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 08/03/2021 |
| 08/03/2021 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 08/03/2021 |
| 08/03/2021 | **Certificate of Service - separately filed** | |
| | Certificate of Issuance of Summons | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 08/03/2021 |
| 08/10/2021 | **Certificate of Service - separately filed** | |
| | Return of Service of Summons - Menards - Served | |
| | Filed By: | Wyss, John JR |
| | File Stamp: | 08/10/2021 |
| 08/10/2021 | **Appearance Filed** | |
| | Appearance of Eric M. Blume | |
| | For Party: | Menards, Inc. d/b/a/ Menards |
| | File Stamp: | 08/10/2021 |

| 08/10/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Karl J. Veracco | |
| | For Party: | Menards, Inc. d/b/a/ Menards |
| | File Stamp: | 08/10/2021 |
| 08/10/2021 | **Motion Filed** | |
| | Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint | |
| | Filed By: | Menards, Inc. d/b/a/ Menards |
| | File Stamp: | 08/10/2021 |
| 08/10/2021 | **Order Granting Motion for Enlargement of Time** | |
| | entered. Defendant granted to and including 9-27-21 to file response to Plaintiff's Complaint for Damages. | |
| | Judicial Officer: | Fee, William C |
| | Noticed: | Blackburn, Tom |
| | Noticed: | Blume, Eric Martin |
| | Noticed: | Veracco, Karl John |
| | Order Signed: | 08/10/2021 |
| 08/11/2021 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 8/10/2021 : Eric Martin Blume;Tom Blackburn;Karl John Veracco | |

# Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## Wyss Jr., John

Plaintiff

**Balance Due** (as of 09/02/2021)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/27/2021 | Transaction Assessment | 157.00 |
| 07/27/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

USDC IN/ND case 1:21-cv-00343   document 1-1   filed 09/03/21   page 4 of 4