IN THE STEUBEN CIRCUIT COURT
55 S Public Square
Angola, IN 46703

# SUMMONS

| STATE OF INDIANA | ) | STEUBEN CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF STEUBEN | ) | CAUSE NO. 76D01-2107-CT-000317 |

PLAINTIFF -
John Wyss, Jr.

v.

DEFENDANT -
Menard, Inc. d/b/a Menards
c/o The Prentice-Hall Corporation System Inc., Registered Agent
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

TO THE ABOVE NAMED DEFENDANT:
    You have been sued by the person named "PLAINTIFF" in the Court stated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiff has made and wants from you.

    You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

CLERK'S ISSUANCE

DATE    8/3/2021   , 2021

_Jangi Manahan_ Clerk

BY: _____ Deputy

(SEAL - STEUBEN COUNTY COURTS - INDIANA)

The following manner of service is hereby designated: ___ Registered Mail _X_ Certified Mail
___ By Sheriff as provided by law ___ Other as follows: _____

ATTORNEY FOR PLAINTIFFS: Tom Blackburn (2761-71), BLACKBURN & GREEN, 4203 W. Jefferson Blvd., Fort Wayne, IN 46804 Telephone: (260) 422-4400

| STATE OF INDIANA | ) | IN THE STEUBEN CIRCUIT COURT |
| --- | --- | --- |
| COUNTY OF STEUBEN | ) SS: ) | CAUSE NO. 76D01-2107-CT-000317 |

JOHN WYSS, JR., )
)
        Plaintiff, )
)
vs. )
)
MENARD, INC. d/b/a MENARDS, )
)
        Defendant. )

## AMENDED COMPLAINT FOR DAMAGES

Plaintiff, John Wyss, Jr. for his claim for relief states:

1. On March 3, 2020, Plaintiff, John Wyss, Jr., was on the premises of Defendant, Menard, Inc. d/b/a Menards (hereinafter known as "Menards") located at 3200 North Wayne Street, Angola, Steuben County, Indiana, when Plaintiff, John Wyss, Jr., slipped and fell on ice in the lumbar yard.

2. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of Defendant, Menards, by failing to carefully inspect, maintain and keep hazard free area, failing to properly remove ice and/or snow, failing to apply salt to the lumber yard and for failing to warn of the dangerous conditions.

3. Defendant, Menards, is vicariously liable for the careless and negligent acts of their agents and/or employees while they were in the course and/or scope of their agency and/or employment at the time of the fall.

4. The lumber yard with the icy conditions was under the management and/or control of Defendant, Menards, and Plaintiff, John Wyss, Jr's., injuries and damages are of the type that would not have occurred with the exercise of reasonable and proper care.

5. Defendant, Menards, is liable for Plaintiff, John Wyss, Jr's. injuries and damages under the doctrine of res ipsa loquitur.

6. As a result of the fall, Plaintiff, John Wyss, Jr., sustained physical injuries which will be permanent and suffered and continues to suffer physical pain.

7. As a further result of the fall, Plaintiff, John Wyss, Jr., incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, John Wyss, Jr., demands judgment against Defendant, Menards, in an amount that will reasonably compensate him for the injuries and damages that he sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*/s/ Tom Blackburn*

Tom Blackburn (2761-71)
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400
ATTORNEY FOR PLAINTIFF