Filed: 8/3/2021 10:33 AM
Clerk
Steuben County, Indiana

| STATE OF INDIANA | ) SS: | IN THE STEUBEN CIRCUIT COURT |
|---|---|---|
| COUNTY OF STEUBEN | ) | CAUSE NO. 76D01-2107-CT-000317 |

JOHN WYSS, JR., )
)
      Plaintiff, )
)
vs. )
)
MENARD, INC. d/b/a MENARDS, )
)
      Defendant. )

## AMENDED COMPLAINT FOR DAMAGES

Plaintiff, John Wyss, Jr. for his claim for relief states:

1. On March 3, 2020, Plaintiff, John Wyss, Jr., was on the premises of Defendant, Menard, Inc. d/b/a Menards (hereinafter known as "Menards") located at 3200 North Wayne Street, Angola, Steuben County, Indiana, when Plaintiff, John Wyss, Jr., slipped and fell on ice in the lumbar yard.

2. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of Defendant, Menards, by failing to carefully inspect, maintain and keep hazard free area, failing to properly remove ice and/or snow, failing to apply salt to the lumber yard and for failing to warn of the dangerous conditions.

Page 1 of 3

3. Defendant, Menards, is vicariously liable for the careless and negligent acts of their agents and/or employees while they were in the course and/or scope of their agency and/or employment at the time of the fall.

4. The lumber yard with the icy conditions was under the management and/or control of Defendant, Menards, and Plaintiff, John Wyss, Jr's., injuries and damages are of the type that would not have occurred with the exercise of reasonable and proper care.

5. Defendant, Menards, is liable for Plaintiff, John Wyss, Jr's. injuries and damages under the doctrine of res ipsa loquitur.

6. As a result of the fall, Plaintiff, John Wyss, Jr., sustained physical injuries which will be permanent and suffered and continues to suffer physical pain.

7. As a further result of the fall, Plaintiff, John Wyss, Jr., incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, John Wyss, Jr., demands judgment against Defendant, Menards, in an amount that will reasonably compensate him for the injuries and damages that he sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*[signature]*

Tom Blackburn (2761-71)
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400
ATTORNEY FOR PLAINTIFF